**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLHASSEE DIVISION**

**NICOLE BASS, JAMES ARCHEY, et al.,**

**Plaintiffs,**

**v.** **Case No. 4:24-cv-482-AW-MJF**

**DATAMAXX APPLIED TECHNOLOGIES INC.,**

**Defendant.**

_______________________________/

# ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal without prejudice. ECF No. 31. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on October 28, 2025.

s/ *Allen Winsor*
Chief United States District Judge